## Commonwealth *v.* Saracinskas, Appellant.

 Submitted April 11, 1974. *James R. Fitzgerald,* for appellant; *Patrick H. Mahady,* Assistant District Attorney, and *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Scott, Appellant.

 Before DOTY, J.

 Submitted September 9, 1974. *William J. Manfredi,* and *Bashman, Wertheimer, Kane, Manfredi & Byrne,* for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.